**FILED**
Dec 4, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 25-5982

COURTNEY HAMILTON,

    Plaintiff-Appellant,

v.

JULIE CAMPBELL, sued in her individual capacity, et al.,

    Defendants-Appellees.

Before:  WHITE, BUSH, and NALBANDIAN, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk